**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK EVANS,<br><br>       Plaintiff,<br><br>       v.<br><br>C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC.,<br><br>       Defendants. | No. 2:20-cv-02824-SAB-PJWx<br><br>**ORDER DISMISSING ACTION**<br><br>**[ECF NO. 28]** |

   Before the Court is the parties' Joint Stipulation of Dismissal With Prejudice, ECF No. 28. The parties ask the Court to dismiss the above-captioned matter with prejudice and with each party to bear its own costs.

   Accordingly, **IT IS HEREBY ORDERED**:

   1.   The Court accepts the parties' Joint Stipulation of Dismissal With Prejudice, ECF No. 28.

//
//
//
//
//
//
//

**ORDER DISMISSING ACTION** ~ 1

2. The above-captioned matter is **DISMISSED**, with prejudice and with each party to bear its own costs.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, forward copies to counsel, and **close** the file.

**DATED** this 21st day of January 2021.

_____
Stanley A. Bastian
United States District Court

**ORDER DISMISSING ACTION ~ 2**